1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELLE RODRIGUEZ
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
6 | Attorneys for Plaintiff
United States of America
7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO. 02:07-MJ-00348 DAD

12 |                    Plaintiff,       [~~PROPOSED~~] ORDER

13 |             v.

14 | HECTOR GARCIA,

15 |                    Defendant.

16

17

18 | The United States' motion to dismiss without prejudice the underlying UFAP complaint and

19 | recall the arrest warrant in the above referenced case, 07-MJ-00348 DAD against defendant HECTOR

20 | GARCIA is GRANTED.

21

22 | DATED: May 20, 2013                    _____
                                            ALLISON CLAIRE
23                                          UNITED STATES MAGISTRATE JUDGE

1